United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

YADAIN NAMARA VAILLANT
HERNANDEZ,

               Petitioner,

v.

BRET BRADFORD, et al.,

               Respondents.

§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. H-26-1731

**FINAL JUDGMENT**

In accordance with the court's Order denying Petition for Writ Habeas Corpus and Complaint for Injunctive and Declaratory Relief, this action is **DISMISSED WITH PREJUDICE.**

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 8th day of April, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE